Opinion by Stayton, J.

## TEXAS & PACIFIC RAILWAY v. DYE et al.

Appeal from Dallas county.

*Damages—Fact Case.*—The report of the commission of Appeals adopted in so far as it holds that deceased came to his death through the negligence of the railway company, and that the appellees were on that account entitled to recover. We think, however, that the sum allowed by the jury ($1300) was clearly excessive, and not warranted by the evidence. We are always reluctant to disturb a verdict because of the large amount of damages found, and have refused to interfere in some cases, when in our opinion, the jury have been somewhat extravagant in their finding, if no improper influences have been brought to bear upon them. But in the present case the damages are so obviously disproportioned to the amount of loss proved, as to lead to the conclusion that the language used by appellees' counsel in his address to the jury must have had some influence upon their verdict. For this reason we think the judgment should be reversed and the cause remanded, and it is accordingly so ordered.

Opinion by Willie, C. J.